IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC | § § § | |
| v. | § § | CASE NO. 6:12-CV-205 |
| FALCON NORTHWEST COMPUTER SYSTEMS, INC. | § § § | |

## ORDER GRANTING STAY

Before the Court is the parties Joint Stipulated Motion to Stay Proceedings Pending Resolution of International Trade Commission Investigation No. 337-841 (Doc. No. 15). After careful consideration, the motion is GRANTED pursuant to the mandatory stay provision of 28 U.S.C. § 1659. This action shall remain stayed until the resolution of all International Trade Commission proceedings between Plaintiff and all Defendants, including appeals. Plaintiff shall notify the Court within ten days of the conclusion of those proceedings. Additionally, the parties must file a status report every six months while the matter remains pending before the International Trade Commission.

It is SO ORDERED.

SIGNED this 24th day of July, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE