# U.S. District Court [LIVE]
# Eastern District of TEXAS (Tyler)
# CIVIL DOCKET FOR CASE #: 6:12−cv−00205−MHS

Technology Properties Limited, LLC v. Falcon Northwest Computer Systems, Inc.
Assigned to: Judge Michael H. Schneider
Lead case: 6:12−cv−00202−MHS
Member cases:
   6:12−cv−00207−MHS
   6:12−cv−00205−MHS
   6:12−cv−00208−MHS
   6:12−cv−00210−MHS
   6:12−cv−00213−MHS
   6:12−cv−00216−MHS
   6:12−cv−00217−MHS

Date Filed: 03/28/2012
Date Terminated: 02/11/2014
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

Cause: 28:1338 Patent Infringement

**Plaintiff**

**Technology Properties Limited, LLC**     represented by    **Benjamin R Askew**
The Simon Law Firm PC
800 Market Street
Suite 1700
St Louis, MO 63101
314−241−2929
Fax: 314−241−2029
Email: baskew@simonlawpc.com
*ATTORNEY TO BE NOTICED*

**Gregory Phillip Love**
Love Law Firm PC
P.O. Box 948 (Henderson, TX 75653)
300 West Main Street
Henderson, TX 75652
903−690−7100
Fax: 903−392−2267
Email: greg@lovetrialfirm.com
*TERMINATED: 05/03/2013*

**Michael Patrick Kella**
The Simon Law Firm PC
800 Market Street
Suite 1700
St Louis, MO 63101
314−241−2929
Fax: 314−241−2029
Email: mkella@simonlawpc.com
*ATTORNEY TO BE NOTICED*

**Stephanie H To**

The Simon Law Firm PC
800 Market Street
Suite 1700
St Louis, MO 63101
314/241–2929
Fax: 314/241–2029
Email: sto@simonlawpc.com
*TERMINATED: 07/28/2014*

**Timothy D Krieger**
The Simon Law Firm PC
800 Market Street
Suite 1700
St Louis, MO 63101
314–241–2929
Fax: 314–241–2029
Email: tkrieger@simonlawpc.com
*ATTORNEY TO BE NOTICED*

**Anthony G Simon**
The Simon Law Firm PC
800 Market Street
Suite 1700
St Louis, MO 63101
314/241–2929
Fax: 314/241–2029
Email: asimon@simonlawpc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Falcon Northwest Computer Systems, Inc.     represented by    **Bryan P Clark**
The Webb Law Firm
One Gateway Center, Ste. 1200
420 Ft. Duquesne Boulevard
Pittsburgh, PA 15222
412/471–8815
Fax: 412/471–4094
Email: bclark@webblaw.com
*ATTORNEY TO BE NOTICED*

**Kent E Baldauf , Jr.**
The Webb Law Firm
One Gateway Center, Ste. 1200
420 Ft. Duquesne Boulevard
Pittsburgh, PA 15222
412/471–8815
Fax: 412/471–4094
Email: kbaldaufjr@webblaw.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| Falcon Northwest Computer Systems, Inc. | represented by | **Kent E Baldauf , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| Technology Properties Limited, LLC | represented by | **Benjamin R Askew**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Michael Patrick Kella**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie H To**
(See above for address)
*TERMINATED: 07/28/2014*

**Anthony G Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2012 | Ï 1 | COMPLAINT against Falcon Northwest Computer Systems, Inc. ( Filing fee $ 350 receipt number 0540–3515013.), filed by Technology Properties Limited, LLC. (Attachments: # 1 Exhibit A– '623 Patent, # 2 Exhibit B– '549 Patent, # 3 Exhibit C– '443 Patent, # 4 Exhibit D – '424 Patent, # 5 Civil Cover Sheet)(Simon, Anthony) (Entered: 03/28/2012) |
| 03/28/2012 | Ï | Judge Michael H. Schneider added. (mll, ) (Entered: 03/28/2012) |
| 03/28/2012 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Simon, Anthony) (Entered: 03/28/2012) |
| 03/28/2012 | Ï 3 | CORPORATE DISCLOSURE STATEMENT filed by Technology Properties Limited, LLC (Simon, Anthony) (Entered: 03/28/2012) |
| 03/28/2012 | Ï 4 | SUMMONS Issued as to Falcon Northwest Computer Systems, Inc., and emailed to pltf for service. (mll, ) (Entered: 03/28/2012) |
| 03/30/2012 | Ï 5 | NOTICE of Attorney Appearance by Michael Patrick Kella on behalf of Technology Properties Limited, LLC (Kella, Michael) (Entered: 03/30/2012) |
| 04/10/2012 | Ï 6 | NOTICE of Attorney Appearance by Stephanie H To on behalf of Technology Properties Limited, LLC (To, Stephanie) (Entered: 04/10/2012) |
| 04/11/2012 | Ï 7 | ORDER for Plaintiff to file a notice of readiness for scheduling conference when **all Defendants** in **all of the listed cases** have either answered or filed a motion to transfer or dismiss. The notice must be filed simultaneously in each case within 5 days of the last remaining Defendant's answer or motion, and the notice must include a list of any pending motions to dismiss or transfer and a list of any other related cases filed in the EDTX involving the same patent(s). If the cases are not ready for scheduling conference within 90 days of this order, Plaintiff must file a detailed status report explaining the reason for delay. Signed by Judge Michael H. Schneider on 4/11/2012. (leh, |

| | | |
|---|---|---|
| | | ) (Entered: 04/11/2012) |
| 04/23/2012 | 8 | NOTICE of Attorney Appearance by Benjamin R Askew on behalf of Technology Properties Limited, LLC (Askew, Benjamin) (Entered: 04/23/2012) |
| 06/04/2012 | 9 | WAIVER OF SERVICE Returned Executed by Technology Properties Limited, LLC. Falcon Northwest Computer Systems, Inc. waiver sent on 5/2/2012, answer due 7/2/2012. (leh, ) (Main Document 9 replaced on 6/5/2012) (leh, ). (Entered: 06/05/2012) |
| 07/02/2012 | 10 | ANSWER to 1 Complaint, *and*, COUNTERCLAIM against Technology Properties Limited, LLC by Falcon Northwest Computer Systems, Inc..(Baldauf, Kent) (Entered: 07/02/2012) |
| 07/10/2012 | 11 | STATUS REPORT by Technology Properties Limited, LLC. (Simon, Anthony) (Entered: 07/10/2012) |
| 07/13/2012 | 12 | NOTICE of Attorney Appearance by Gregory Phillip Love on behalf of Technology Properties Limited, LLC (Love, Gregory) (Entered: 07/13/2012) |
| 07/20/2012 | 13 | NOTICE of Attorney Appearance by Bryan P Clark on behalf of Falcon Northwest Computer Systems, Inc. (Clark, Bryan) (Entered: 07/20/2012) |
| 07/20/2012 | 14 | ***FILED IN ERROR. DISREGARD.***Joint MOTION to Stay by Falcon Northwest Computer Systems, Inc., Technology Properties Limited, LLC. (Attachments: # 1 Text of Proposed Order)(Clark, Bryan) Modified on 7/20/2012 (gsg). (Entered: 07/20/2012) |
| 07/20/2012 | | NOTICE of Deficiency regarding the Motion to stay, entry 14 submitted. No certificate of conference. Correction should be made by 1 business day. (gsg) (Entered: 07/20/2012) |
| 07/23/2012 | 15 | Joint MOTION to Stay *CORRECTED* by Falcon Northwest Computer Systems, Inc.. (Attachments: # 1 Text of Proposed Order)(Baldauf, Kent) (Entered: 07/23/2012) |
| 07/24/2012 | 16 | ORDER granting 15 Motion to Stay. This action will remain stayed until the resolution of all International Trade Commission (ITC) proceedings between Plaintiff and all Defendants, including appeals. Plaintiff shall notify the Court within 10 days of the conclusion of those proceedings, and the parties are to file a status report every six months while the matter remains pending before the ITC. Signed by Judge Michael H. Schneider on 7/24/2012. (leh, ) (Entered: 07/25/2012) |
| 03/14/2013 | 17 | STATUS REPORT by Technology Properties Limited, LLC. (Askew, Benjamin) (Entered: 03/14/2013) |
| 05/01/2013 | 18 | Unopposed MOTION to Withdraw as Attorney by Technology Properties Limited, LLC. (Attachments: # 1 Text of Proposed Order)(Love, Gregory) (Entered: 05/01/2013) |
| 05/03/2013 | 19 | ORDER granting 18 Motion to Withdraw as Attorney. Attorney Gregory Phillip Love terminated. Signed by Judge Michael H. Schneider on 05/03/13. (mll, ) (Entered: 05/03/2013) |
| 07/25/2013 | 20 | ***FILED IN ERROR. DISREGARD.*** STATUS REPORT *Joint Status Report* by Technology Properties Limited, LLC. (Askew, Benjamin) Modified on 7/25/2013 (gsg). (Entered: 07/25/2013) |
| 07/25/2013 | 21 | STATUS REPORT *Corrected Joint Status Report* by Technology Properties Limited, LLC. (Askew, Benjamin) (Entered: 07/25/2013) |
| 10/18/2013 | 22 | NOTICE of Attorney Appearance by Timothy D Krieger on behalf of Technology Properties Limited, LLC (Krieger, Timothy) (Entered: 10/18/2013) |
| 01/27/2014 | 23 | STATUS REPORT *Joint Status Report* by Technology Properties Limited, LLC. (Askew, Benjamin) (Entered: 01/27/2014) |

| | | |
|---|---|---|
| 02/07/2014 | Ï 24 | Unopposed MOTION to Reopen Case *Plaintiff's Unopposed Motion to Lift the Stay of Proceedings* by Technology Properties Limited, LLC. (Attachments: # 1 Text of Proposed Order)(Askew, Benjamin) (Entered: 02/07/2014) |
| 02/11/2014 | Ï 25 | ORDER TO MEET, REPORT, AND APPEAR AT SCHEDULING CONFERENCE. Plaintiff's 24 MOTION to Lift Stay is GRANTED. **The above listed cases are hereby CONSOLIDATED into cause 6:12cv202, for all pretrial purposes, including discovery and claim construction.** The Court defers any decisions regarding consolidation for trial. The Clerk of the Court shall add the consolidated defendants to the lead case, as well as lead counsel only. Any other counsel who wishes to appear in the lead case shall file a notice of appearance in that case. Further, the Clerk shall close all cases listed above other than the lead case. Signed by Judge Michael H. Schneider on 02/11/14. (mll, ) (Entered: 02/12/2014) |
| 02/11/2014 | Ï | **This civil action is CONSOLIDATED with cause 6:12cv202 designated as the Lead Case. All future pleadings are to be filed in the Lead Case. This consolidated case is terminated and closed until further order of the court.** (mll, ) (Entered: 02/12/2014) |
| 06/13/2014 | Ï 26 | MOTION to Withdraw as Attorney *Stephanie H. To* by Technology Properties Limited, LLC. (Attachments: # 1 Text of Proposed Order)(To, Stephanie) (Entered: 06/13/2014) |
| 07/15/2014 | Ï 27 | ORDER TRANSFERRING TO THE NORTHERN DISTRICT OF CALIFORNIA. Signed by Judge Michael H. Schneider on 07/14/14. (mll, ) (Entered: 07/16/2014) |
| 07/15/2014 | Ï | **\*\*This civil action will be transferred to the Northern District of California on or after 8–04–2014 per Local Rule CV–83(b).** (mll, ) (Entered: 07/16/2014) |
| 07/28/2014 | Ï 28 | ORDER granting 26 Motion to Withdraw as Attorney. Attorney Stephanie H To terminated. Signed by Judge Michael H. Schneider on 07/28/14. (mll, ) (Entered: 07/28/2014) |
| 08/08/2014 | Ï | Interdistrict transfer to the Northern District of California (mll, ) (Entered: 08/08/2014) |