**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. WiekingGeneral Court Number
Clerk415.522.2000

August 12, 2014

CASE TITLE:TECHNOLOGY PROPERTIES LIMITED-v-CANON INC
RECEIVED FROM: USDC for the Eastern District of Texas

CASE NUMBER:CV 14-03641 WHO

TO COUNSEL OF RECORD:

The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by:  Alfred Amistoso
Case Systems Administrator

G:\PROJECT\winmacro2\WP13\Reassign\Civil\SFLtr.wpd