**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, <br><br>        Plaintiffs, <br><br>        vs. <br><br>FALCON COMPUTER SYSTEMS, INC., <br><br>        Defendant(s). | ) <br> ) <br> ) Case Number: C 14-03641-CW <br> ) <br> ) [PROPOSED] ORDER REGARDING <br> ) STIPULATION FOR ADMINISTRATIVE <br> ) RELIEF FOR PLAINTIFFS TO FILE <br> ) CERTIFICATE OF SERVICE <br> ) <br> ) <br> ) |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, <br><br>        Plaintiffs, <br><br>        vs. <br><br>HITI DIGITAL AMERICA INC., <br><br>        Defendant(s). | ) <br> ) <br> ) Case Number: C 14-03642-CW <br> ) <br> ) [PROPOSED] ORDER REGARDING <br> ) STIPULATION FOR ADMINISTRATIVE <br> ) RELIEF FOR PLAINTIFFS TO FILE <br> ) CERTIFICATE OF SERVICE <br> ) <br> ) <br> ) |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, <br><br>        Plaintiffs, <br><br>        vs. <br><br>HEWLETT-PACKARD COMPANY, <br><br>        Defendant(s). | ) <br> ) <br> ) Case Number: C 14-03643-CW <br> ) <br> ) [PROPOSED] ORDER REGARDING <br> ) STIPULATION FOR ADMINISTRATIVE <br> ) RELIEF FOR PLAINTIFFS TO FILE <br> ) CERTIFICATE OF SERVICE <br> ) <br> ) <br> ) |

Page **1** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

MOTION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE CERTIFICATE OF SERVICE AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) |
| 2 | | ) Case Number: C 14-03644-CW |
| 3 | Plaintiffs, | ) ) **[PROPOSED] ORDER REGARDING** |
| 4 | vs. KINGSTON TECHNOLOGY CO., INC., | ) **STIPULATION FOR ADMINISTRATIVE** ) **RELIEF FOR PLAINTIFFS TO FILE** |
| 5 | | ) **CERTIFICATE OF SERVICE** |
| 6 | Defendant(s). | ) ) |
| 7 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) |
| 8 | | ) Case Number: C 14-03645-CW |
| 9 | Plaintiffs, | ) ) **[PROPOSED] ORDER REGARDING** |
| 10 | vs. | ) **STIPULATION FOR ADMINISTRATIVE** ) **RELIEF FOR PLAINTIFFS TO FILE** |
| 11 | NEWEGG INC., et al., | ) **CERTIFICATE OF SERVICE** |
| 12 | Defendant(s). | ) ) |
| 13 | | ) |
| 14 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) |
| 15 | Plaintiffs, | ) Case Number: C 14-03646-CW ) |
| 16 | vs. | ) **[PROPOSED] ORDER REGARDING** ) **STIPULATION FOR ADMINISTRATIVE** |
| 17 | | ) **RELIEF FOR PLAINTIFFS TO FILE** |
| 18 | SEIKO EPSON CORPORATION, et al., | ) **CERTIFICATE OF SERVICE** ) |
| 19 | Defendant(s). | ) ) |
| 20 | TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) |
| 21 | | ) Case Number: C 14-03647-CW |
| 22 | Plaintiffs, | ) ) **[PROPOSED] ORDER REGARDING** |
| 23 | vs. | ) **STIPULATION FOR ADMINISTRATIVE** ) **RELIEF FOR PLAINTIFFS TO FILE** |
| 24 | SHUTTLE COMPUTER GROUP INC., | ) **CERTIFICATE OF SERVICE** |
| 25 | Defendant(s) | ) ) |
| 26 | | |

Page **2** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

MOTION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE CERTIFICATE OF SERVICE AND [PROPOSED] ORDER

1  Pursuant to the above-referenced Stipulation for Administrative Relief for Plaintiffs to
2  File a Certificate of Service pursuant to the Court's October 22, 2014 and October 23, 2014 Case
3  Management Scheduling Orders, for good cause shown, IT IS SO ORDERED that Plaintiffs'
4  lead counsel may file the Certificates of Service required by the Court's October 22, 2014 and
5  October 23, 2014 Orders.

Dated: __10/29/2014__

_____
Claudia Wilken
UNITED STATES CHIEF DISTRICT JUDGE

Page **3** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

MOTION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE CERTIFICATE OF SERVICE AND [PROPOSED] ORDER