PARTIES LISTED ON SIGNATURE PAGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) ) |
| Plaintiffs, | ) Case Number: C 14-03640-CW ) |
| vs. | ) **STIPULATION FOR ADMINISTRATIVE** ) **RELIEF FOR PLAINTIFFS TO FILE** |
| CANON, INC., | ) **ADR CERTIFICATIONS BY PARTIES** ) **AND COUNSEL** |
| Defendant(s). | ) ) |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) ) |
| Plaintiffs, | ) Case Number: C 14-03641-CW ) |
| vs. | ) **STIPULATION FOR ADMINISTRATIVE** ) **RELIEF FOR PLAINTIFFS TO FILE** |
| FALCON COMPUTER SYSTEMS, INC., | ) **ADR CERTIFICATIONS BY PARTIES** ) **AND COUNSEL** |
| Defendant(s). | ) ) |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) ) Case Number: C 14-03642-CW |
| Plaintiffs, | ) ) **STIPULATION FOR ADMINISTRATIVE** |
| vs. | ) **RELIEF FOR PLAINTIFFS TO FILE** ) **ADR CERTIFICATIONS BY PARTIES** |
| HITI DIGITAL AMERICA INC., | ) **AND COUNSEL** ) |
| Defendant(s). | ) ) |

Page **1** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant(s). | Case Number: C 14-03643-CW<br><br>**STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>KINGSTON TECHNOLOGY CO., INC.,<br><br>    Defendant(s). | Case Number: C 14-03644-CW<br><br>**STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NEWEGG INC., et al.,<br><br>    Defendant(s). | Case Number: C 14-03645-CW<br><br>**STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>    Defendant(s). | Case Number: C 14-03646-CW<br><br>**STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SHUTTLE COMPUTER GROUP INC.,<br><br>    Defendant(s). | Case Number: C 14-03647-CW<br><br>**STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |

Pursuant to Civil Local Rule 7-11, Plaintiffs Technology Properties Limited LLC ("TPL") and MCM Portfolio LLC ("MCM") and Defendants Canon Inc., Canon U.S.A., Inc., Falcon Northwest Computer Systems, Inc., HiTi Digital America Inc., Hewlett-Packard Company, Kingston Technology Company, Inc., Newegg Inc., Rosewill Inc., Seiko Epson Corporation, Epson America, Inc. and Shuttle Computer Group Inc. (collectively, "the parties") respectfully submit this Stipulation for Administrative Relief for Plaintiffs to file the ADR Certifications by Parties and Counsel in the above-captioned matters.

Plaintiffs state as follows in support of this stipulation:

1.  Plaintiffs have worked diligently to retain local counsel after this case was transferred to this District.

2.  Plaintiffs have not yet been able to retain local counsel. Thus, Plaintiffs have not been able to move the Court for *pro hac vice* admission of its lead counsel.

3.  On October 22, 2014 and October 23, 2014, the Court entered Case Management Scheduling Orders in the above-captioned matters.

4.  Plaintiffs have served all parties to the above-captioned matter with the Orders.

5.  Defendants do not join in Plaintiffs' statements but do not oppose the relief requested by Plaintiffs.

For these reasons, this stipulation respectfully requests administrative relief for Plaintiffs' undersigned counsel to file the ADR Certifications by Parties and Counsel (attached hereto as Exhibits A and B).

Page **3** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 29, 2014 | By: */s/* Benjamin R. Askew |
| 3 | | Anthony G. Simon (*pro hac vice* forthcoming) |
| | | Michael P. Kella (*pro hac vice* forthcoming) |
| 4 | | Benjamin R. Askew (*pro hac vice* forthcoming) |
| 5 | | Timothy D. Krieger (*pro hac vice* forthcoming) |
| | | THE SIMON LAW FIRM, P.C. |
| 6 | | 800 Market Street, Suite 1700 |
| | | St. Louis, Missouri 63101 |
| 7 | | P. 314.241.2929 |
| 8 | | F. 314.241.2029 |
| | | asimon@simonlawpc.com |
| 9 | | mkella@simonlawpc.com |
| 10 | | baskew@simonlawpc.com |
| | | tkrieger@simonlawpc.com |
| 11 | | |
| | | *Attorneys for Plaintiffs Technology Properties* |
| 12 | | *Limited, LLC and MCM Portfolio LLC* |
| 13 | | |
| | Dated: October 29, 2014 | By: */s/* Tracy A. Stitt  (*with consent*) |
| 14 | | Jacqueline K. S. Lee (State Bar No. 247705) |
| 15 | | jkslee@jonesday.com |
| | | JONES DAY |
| 16 | | 1755 Embarcadero Road |
| 17 | | Palo Alto, CA  94303 |
| | | Telephone:  (650) 739-3939 |
| 18 | | Facsimile:  (650) 739-3900 |
| 19 | | Calvin P. Griffith (Admitted *Pro Hac Vice*) |
| | | cpgriffith@jonesday.com |
| 20 | | David M. Maiorana (Admitted *Pro Hac Vice*) |
| 21 | | dmaiorana@jonesday.com |
| | | JONES DAY |
| 22 | | North Point |
| 23 | | 901 Lakeside Avenue |
| | | Cleveland, OH  44114 |
| 24 | | Telephone:  (216) 586-3939 |
| | | Facsimile:  (216) 579-0212 |
| 25 | | |
| 26 | | Tracy A. Stitt (Admitted *Pro Hac Vice*) |
| | | tastitt@jonesday.com |
| 27 | | |
| 28 | | C14-03641-CW, C14-03642-CW, C 14-03643-CW, C 14-03644-CW, C 14-03645-CW, C 14-03646-CW, C 14-03647-CW |

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

|   |   |   |
|---|---|---|
| 1 |   | JONES DAY |
| 2 |   | 51 Louisiana Avenue, N.W. |
|   |   | Washington, D.C. 20001 |
| 3 |   | Telephone: (202) 879-3939 |
|   |   | Facsimile: (202) 626-1700 |

*Counsel for Defendants Canon Inc. and Canon U.S.A., Inc.*

Dated: October 29, 2014        By: */s/* David S. Hoffman (*with consent*)
David M. Barkan
SBN 160825
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94070-1526
Tel: (650) 839-5070
Fax: (650) 839-5071
Barkan@fr.com

David M. Hoffman (*admitted pro hac vice*)
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935
Hoffman @fr.com

Christine Yang
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suite 101-102
Fountain Valley, CA 92708
Tel: (714) 641-4022
Fax: (714) 641-2082
cyang@sjclawpc.com

*Attorneys for Defendant Kingston Technology Company, Inc.*

Dated: October 29, 2014        By: */s/* Gordon M. Fauth, Jr. (*with consent*)
Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
gmf@classlitigation.com

Page **5** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

|   |   |   |
|---|---|---|
| 1 |   | LITIGATION LAW GROUP |
| 2 |   | 1801 Clement Ave., Suite 101 |
|   |   | Alameda, CA  94501 |
| 3 |   | Telephone:  (510) m238-9610 |
|   |   | Facsimile:  (510) 337-1431 |

Kent E. Baldauf, Jr. (*Pro Hac Vice* admission pending)
kbaldaufjr@webblaw.com
Bryan P. Clark (*Pro Hac Vice* admission pending)
bclark@webblaw.com
THE WEBB LAW FIRM
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA  15222
Telephone:  (412) 471-8815
Facsimile:  (412) 471-4094

*Attorneys for Defendants Falcon Northwest Computer Systems, Inc., Newegg Inc. And Rosewill Inc.*

Dated: October 29, 2014

By:  */s/* Andrew T. Oliver (*with consent*)
Jenny W. Chen (Cal. Bar No. 205043)
CHEN IP LAW GROUP
7F, No. 1, Alley 30, Lane 358, Rueiguang Road
Neihu District
Taipei, Taiwan 114
Telephone:  +886.2.7721.8855
Facsimile:  +886.2.7721.8822
Email:  Jenny.Chen@ ChenIPLaw.com

Andrew T. Oliver (Cal. Bar No. 226098)
AMIN, TUROCY & WATSON LLP
148 Castro Street, Suite B-20
Mountain View, CA  94041
Telephone:  (650) 618-6477
Email:  aoliver@ATWiplaw.com

*Attorneys for Defendants Shuttle Computer Group Inc. and HiTi Digital America, Inc.*

Page **6** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

| | | |
|---|---|---|
| 1 | Dated: October 29, 2014 | By:  /s/ Matthew J. Hertko (*with consent*) |
| 2 | | Kyle T. Barrett (State Bar No. 284595) |
| | | kbarrett@jonesday.com |
| 3 | | JONES DAY |
| | | 1755 Embarcadero Road |
| 4 | | Palo Alto, CA  94303 |
| 5 | | Telephone:  (650) 739-3939 |
| | | Facsimile:  (650) 739-3900 |

William E. Devitt (admitted *Pro Hac Vice*)
wdevitt@jonesday.com
Matthew J. Hertko (admitted *Pro Hac Vice*)
mhertko@jonesday.com
JONES DAY
77 W. Wacker, Suite 3500
Chicago, IL  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

*Attorneys for Defendants Seiko Epson Corp. and Epson America, Inc.*

Dated: October 29, 2014        By:  /s/ Megan Whyman Olsek  (*with consent*)
Megan Whyman Olesek (SBN 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA  94304
Telephone:  (650) 384-4700
Facsimile:  (650) 384-4701
Email:  molesek@kenyon.com

Marcia H. Sundeen (admitted *Pro Hac Vice*)
T. Cy Walker (admitted *Pro Hac Vice*)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC  20005
Telephone:  202-220-4200
Facsimile:  202-220-4201
Email:  msundeen@kenyon.com
Email:  cwalker@kenyon.com

*Attorneys for Defendant Hewlett-Packard Company*

Page **7** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on October 29, 2014 via the Court's CM/ECF system.

/s/ Benjamin R. Askew

Page **8** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL