UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No. 14-cv-03641-CW   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  February 1, 2015<br>Mediator:  Shirish Gupta |

IT IS HEREBY ORDERED that the request to excuse all parties from appearing in person at the February 1, 2015, mediation before Shirish Gupta is GRANTED. The parties shall make the necessary arrangements with the mediator to conduct the mediation telephonically, and all parties shall participate as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: January 21, 2015

_____
Maria-Elena James
United States Magistrate Judge