UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.<br><br>    Defendant. | Case Number: C 14-03641-CW<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE DEFENDANT FALCON NORTHWEST COMPUTER SYSTEMS, INC.<br><br>Hon. Judge Claudia Wilken |

The Court has received the stipulation to dismiss with prejudice Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC's claims against Defendant Falcon Northwest Computer Systems, Inc. and to dismiss with prejudice Defendant Falcon Northwest Computer Systems, Inc.'s counterclaims against Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC.  Good cause appearing, the stipulation is GRANTED.  Accordingly, it is hereby ORDERED that all claims and counterclaims are dismissed with prejudice, and each party shall bear its own costs and attorneys' fees incurred in the action.

IT IS SO ORDERED

Dated: __06/11/2015_____

_____
CLAUDIA WILKEN
United States District Judge